## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

In re:

DAHLIA ANDREEN HARRISON,                    Case No.: 18-50089-KKS
      Debtor.                                            Chapter: 13

_____/

### ORDER STRIKING *DEBTOR'S NOTIFICATION CONCERNING CREDITOR'S ATTEMPTED OBSTRUCTION OF JUSTICE DURING PENDING COURT ORDER TO SHOW CAUSE (OTSC)* (DOC. 231)

THIS MATTER is before the Court on *Debtor's Notification Concerning Creditor's Attempted Obstruction of Justice During Pending Court Order To Show Cause* ("Notification," Doc. 231), filed on March 25, 2019. In the Notification, Debtor references settlement discussions. Attached to the Notification apparently are copies of confidential settlement communications between Debtor and The Deltona Corporation, that this Court has not reviewed.

For this reason, it is

ORDERED: *Debtor's Notification Concerning Creditor's Attempted Obstruction of Justice During Pending Court Order To Show Cause* (Doc. 231) is STRICKEN.

DONE and ORDERED on ___April 8, 2019_____.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Cc: All parties in interest
MS