UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:

DAHLIA ANDREEN HARRISON,           Case No.: 18-50089-KKS
                                   Chapter: 13
          Debtor.
_____/

## ORDER SCHEDULING NON-EVIDENTIARY HEARING TO ANNOUNCE RULING ON ORDER TO SHOW CAUSE (DOC. 229)

THIS MATTER is before the Court on the Order to Show Cause ("OTSC") portion of a Memorandum Opinion and Final Order entered on March 8, 2019; and the Response and Reply filed thereto (Docs. 229, 233, 239 and 240).[1]

The Court has determined that it will not issue any Rule 9011 sanctions in the form of an additional monetary award in favor of Debtor. For that reason, Debtor is not required to appear or participate in the

---

[1] *Memorandum Opinion Granting Debtor's Sanctions Motion and Final Order Awarding Actual and Punitive Damages for Willful Violations of the Automatic Stay (Doc. 78); and Order to Show Cause Why Additional Sanctions Should Not be Imposed Against Deltona's Bankruptcy Counsel Pursuant to Bankruptcy Rule 9011* (Doc. 229), *A. Clay Milton and H. Matthew Fuqua, of Fuqua & Milton, P.A.'s Response to the Courts [sic] Order to Show Cause Why Additional Sanctions Should Not be Imposes [sic] Against Deltona's Bankruptcy Counsel Pursuant to Rule 9011 (Doc. 229)* (Doc. 233) and *Debtor Dahlia Andreen Harrison's Reply to Deltona's Bankruptcy Counsel A. Clay Milton and H. Matthew Fuqua Response to the Court's Order to Show Cause (OTSC) Why Additional Sanctions Should Not be Imposed Against Them Pursuant to Rule 9011 (Doc. 229)* (Docs. 239 and 240).

MS

hearing. Rather than issue another written ruling, the Court deems it appropriate to conduct a hearing at which it intends to solicit further input from Deltona's bankruptcy counsel and announce its ruling on the remaining issue.

For the reasons stated, it is,

**ORDERED:** The Court will conduct a final, non-evidentiary hearing on the OTSC on September 10, 2019 at 10:30 A.M. Eastern Time at the United States Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL 32312.

DONE AND ORDERED on    July 29, 2019                .

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

Cc: All parties in interest

Counsel for Deltona's bankruptcy counsel, Lewis M. Killian, Jr., Esq., is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of this Order.