UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re:

DAHLIA ANDREEN HARRISON,            Case No.: 18-50089-KKS
                                    Chapter: 13
  Debtor.
_____/

### ORDER RESCHEDULING NON-EVIDENTIARY HEARING TO ANNOUNCE RULING ON ORDER TO SHOW CAUSE (DOC. 241)

THIS MATTER is before the Court on the *Order Scheduling Non-Evidentiary Hearing to Announce Ruling on Order to Show Cause* (Doc. 241). Due to scheduling conflicts, it is necessary to reschedule certain hearings. For this reason, it is,

**ORDERED:** The non-evidentiary hearing on the OTSC previously scheduled for September 10, 2019 is rescheduled to take place on **September 18, 2019 at 10:00 A.M. Eastern Time** at the United States Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL 32312.

DONE AND ORDERED on  September 5, 2019           .

                                        _____
                                        KAREN K. SPECIE
                                        Chief U. S. Bankruptcy Judge

Cc: All parties in interest

Counsel for Deltona's bankruptcy counsel is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of this Order.

MS